```
1  | Craig R. Brittain
2  | 8625 E. Sharon Dr.
3  | Scottsdale, AZ, 85260
4  | (602) 502-5612
5  | craig@brittainforsenate.com
6  | craigrbrittain@gmail.com
```

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 27 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _LRCivP 5.4_
(Rule Number/Section)

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

CRAIG R. BRITTAIN, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;

BRITTAIN FOR US SENATE, a Principal Campaign Committee, (And on behalf of all similarly affected users of Twitter).

    Plaintiff(s),

    vs.

TWITTER, INC., a California corporation.

    Defendant.

IN THE MATTER OF

No. CV-18-01714-PHX-DGC

**MOTION FOR PRELIMINARY INJUNCTION**

**MOTION FOR PRELIMINARY INJUNCTION**

1. With regards to the Amended Complaint filed by Plaintiff on June 27, 2018, and the Mandatory Initial Discovery Pilot (MIDP) required by the Court, the Defendant has not responded nor complied with/to the terms of the MIDP process, filed a response to the Complaint, scheduled with the Court an arbitration hearing, provided the requested discovery materials, contacted the Plaintiff, or otherwise made Good Faith attempts to resolve the matter at hand.

2. Plaintiff has fully complied with the Court (despite his inexperience) and has rendered only truthful and Good Faith attempts/filings regarding the Court in accordance with the law, and will continue to do so.

3. Based on that information and sequence of events, Plaintiff requests that the Court enter a Preliminary Injunction (Order) requiring that Defendant immediately reinstate, re-verify and/or verify (Twitter verify/Blue check) and be enjoined from suspending, shadowbanning, limiting or otherwise crippling Plaintiff's Twitter accounts pending further resolution of the matter at hand.

4. The accounts in question are @CraigRBrittain, @Brittain4Senate, @AuditTheMedia and @SenatorBrittain. The accounts can be restored and verified in less than 5 minutes each, and the restoration process does not incur any cost/expense to the Defendant.

5. Plaintiff(s), Craig R. Brittain and Brittain for US Senate, respectfully submit the above prayer for relief to this Court,

DATED: July 27, 2018        *[signature]*

Craig R. Brittain
8625 E. Sharon Dr.
Scottsdale, AZ, 85260
(602) 502-5612
craig@brittainforsenate.com
craigrbrittain@gmail.com