```
Craig R. Brittain
8625 E. Sharon Dr.
Scottsdale, AZ, 85260
(602) 502-5612
craig@brittainforsenate.com
craigrbrittain@gmail.com
```

FILED ✓  LODGED ___
RECEIVED ___  COPY ___

AUG 3 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

CRAIG R. BRITTAIN, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;

BRITTAIN FOR US SENATE, a Principal Campaign Committee, (And on behalf of all similarly affected users of Twitter).

    Plaintiff(s),

        vs.

TWITTER, INC., a California corporation.

    Defendant.

No. CV-18-01714-PHX-DGC

**MOTION FOR EXPEDITED SERVICE/PERSONAL OR THIRD PARTY PROCESS OF SERVICE**

**MOTION FOR RECONSIDERATION**

**MOTION FOR EXPEDITED SERVICE/PERSONAL OR THIRD PARTY PROCESS OF SERVICE**

1. Plaintiff(s) were previously unaware of the service status of the complaint and believed that it had been served to Defendant, hence they file this Motion for expedited personal/third party service of the Amended Complaint.

2. Plaintiff(s) do(es) request that, as a pro se litigant, he be allowed to personally serve the complaint and/or hire a licensed third party process server to enact expedient process. Doing so reduces the burden upon the US Marshals service, which has other, greater priorities and may or may not be backlogged due to the substantial number of complaints they are required to serve, as well as the Court, and is to the Court's benefit, reducing their expense and burden. "Delays are odious to the law."

**MOTION FOR RECONSIDERATION**

3. Plaintiff(s) humbly request(s) that this court reconsider his request for Electronic Filing, in light of his In Forma Pauperis status. The differences between Electronic Filing and Paper Filing are primarily financial, and the ability to file electronically would reduce both time, expense and burden upon the Plaintiff(s) and the Court with regards to filings/pleadings. Plaintiff(s) will continue to follow all Rules set forth by both the FRCP and the Local Rules of the District Court of Arizona.

Signed respectfully with Prayer(s) for relief from this just Court,

DATED: August 31, 2018       *[signature]*

Craig R. Brittain
8625 E. Sharon Dr.
Scottsdale, AZ, 85260
(602) 502-5612
craig@brittainforsenate.com
craigrbrittain@gmail.com