1  Craig R. Brittain

2  8625 E. Sharon Dr.

3  Scottsdale, AZ, 85260

4  (602) 502-5612

5  craig@brittainforsenate.com

6  craigrbrittain@gmail.com

```
┌──────────────────────────────┐
│ _✓ FILED      ___ LODGED      │
│ ___ RECEIVED  ___ COPY        │
│                               │
│        SEP 10 2018            │
│                               │
│ CLERK U S DISTRICT COURT      │
│    DISTRICT OF ARIZONA        │
│ BY              DEPUTY        │
└──────────────────────────────┘
```

# IN  UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

CRAIG R. BRITTAIN, an individual
and US Senate candidate in Arizona in
the 2018 Federal Elections;

BRITTAIN FOR US SENATE,
a Principal Campaign Committee,
(And on behalf of all similarly affected
users of Twitter).

        Plaintiff(s),

                vs.

TWITTER, INC., a California

corporation.

        Defendant.

**IN THE MATTER OF**

**No. CV-18-01714-PHX-DGC**

**MOTION FOR CHANGE OF JUDGE**

**MOTION FOR CHANGE OF JUDGE**

Plaintiff files this simple Motion for Change of Judge due to absence/inactivity

of current Judge David G. Campbell.

**MOTION FOR CHANGE OF JUDGE, CONTINUED**

     1. Rule 42(f) of the Arizona Rules of Civil Procedure guarantees, as a right, one change of judge per party per case in the Arizona Superior Courts. Logically, this rule should be upheld in the District Court of Arizona as well. Plaintiff thereby requests that this rule be upheld and exercised as such, and that a replacement judge be appointed. This motion has been filed due to the lack of response to pending time-sensitive Motions by Plaintiff as well as the lack of scheduled Proceedings in the case which are the responsibility of Court and Judge. Judge David G. Campbell may voluntarily recuse himself if he so wishes. Plaintiff requests that the replacement Judge not be a Magistrate, and that it be any Judge other than Judge G. Murray Snow.

DATED: September 10, 2018

Craig R. Brittain

8625 E. Sharon Dr.

Scottsdale, AZ, 85260

(602) 502-5612

craig@brittainforsenate.com

craigrbrittain@gmail.com