# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig R. Brittain, et al., | No. CV18-01714-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Twitter Incorporated, | |
| Defendant. | |

Pending before the Court is Plaintiff Craig R. Brittain's motion for expedited service/personal or third party process of service and motion for reconsideration. Doc. 15.

**I.  Legal Standard**.

Motions for reconsideration are disfavored and should be granted only in rare circumstances. *See Ross v. Arpaio*, No. CV-05-4177-PHX-MHM, 2008 WL 1776502, at *2 (D. Ariz. Apr. 15, 2008). A motion for reconsideration will be denied "absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to [the Court's] attention earlier with reasonable diligence." LRCiv 7.2(g)(1); *see Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003).

**A.  Request to Allow Electronic Filing by a Pro Se Litigant.**

In the Court's Order dated June 22, 2018, the Court denied Plaintiff's request to allow electronic filing. Doc. 12. The Court's policy is to require pro se litigants to submit documents in paper form so that the Clerk's Office can ensure the documents are

properly filed.  *See* LRCiv 5.5(c) (court has discretion to require filing in paper form); ECF Admin. Policies & Procedures Manual, Dist. of Ariz. § II(B)(3) (requiring pro se litigants to file documents in paper form absent leave of court to file electronically).

### B.  Motion for Service.

Plaintiff shall become familiar with the Federal Rules of Civil Procedure.  Rule 4 of the Federal Rules of Civil Procedure addresses proper service of process.  Plaintiff should also become familiar with the Court's Handbook for Self-Represented Litigants.  Chapter 8 of the Handbook addresses service of process.  Plaintiff has been granted *in forma pauperis* status, but has not been granted permission for the United States Marshal's Service to serve the summons and complaint in this case.

### C.  Warnings.

Plaintiff is advised that he must become familiar with, and follow, the Federal Rules of Civil Procedure and the Rules of the United States District Court for the District of Arizona ("Local Rules"), which may be obtained in the Clerk of Court's office.

If Plaintiff fails to prosecute this action or to comply with the rules or any Court order, the Court may dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992) (holding that the district court did not abuse its discretion in dismissing a pro se plaintiff's complaint for failing to comply with a court order).

**IT IS ORDERED** that Plaintiff's motion for expedited service/personal or third party process of service and motion for reconsideration (Doc. 15) is **denied.**  The deadline for Plaintiff to properly serve his summons, amended complaint, notice to the parties regarding the Mandatory Initial Discovery Pilot, and motion for preliminary injunction, on Defendant is extended to **November 27, 2018.**

Dated this 27th day of September, 2018.

David G. Campbell
Senior United States District Judge

- 2 -