| | |
|---|---|
| Name | Jean-Jacques Cabou |
| Bar # | 022835 |
| Firm | Perkins Coie LLP |
| Address | 2901 North Central Avenue |
| | Suite 2000 |
| | Phoenix, Arizona 85012-2788 |
| Telephone | 602.351.8000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CRAIG R. BRITTAIN, et al.

    Plaintiff,

vs.

Twitter, Inc.

    Defendant.

Case No. 18-cv-01714-PHX-DGC

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Defendant Twitter, Inc. in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

☐ Other (please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 2 day of November, 2018.

/s/ Jean-Jacques Cabou
Counsel of Record

Certificate of Service:

See attached.

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.

I further certify that I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Craig R Brittain
8625 E Sharon Dr.
Scottsdale, AZ 85260
602-502-5612
Email: craigrbrittain@gmail.com
PRO SE

Brittain For US Senate
c/o Craig R Brittain
8625 E Sharon Dr.
Scottsdale, AZ 85260
602-502-5612
Email: craigrbrittain@gmail.com
PRO SE

                                                    s/     Indy Fitzgerald