UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CRAIG R. BRITTAIN, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;<br><br>BRITTAIN FOR US SENATE, a Principal Campaign Committee (And on behalf of all similarly affected users of Twitter).<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., a California corporation,<br><br>Defendant. | No. 18-cv-01714-PHX-DGC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO TRANSFER VENUE** |

This matter came before this Court on Defendant Twitter, Inc.'s Motion to Transfer Venue.  This Court, having considered the record, the pleadings filed by the parties, and being fully advised,

IT IS HEREBY ORDERED that the Motion to Transfer Venue is GRANTED; and

IT IS FURTHER ORDERED that this action be and hereby is TRANSFERRED to the U.S. District Court for the Northern District of California.