Jean-Jacques Cabou (Bar No. 022835)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
JCabou@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Craig R. Brittain, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;<br><br>Brittain For US Senate, a Principal Campaign Committee (And on behalf of all similarly affected users of Twitter),<br><br>Plaintiffs,<br><br>v.<br><br>Twitter, Inc., a California corporation,<br><br>Defendant. | No. 18-cv-01714-PHX-DGC<br><br>**DECLARATION OF RYAN MRAZIK IN SUPPORT OF DEFENDANT TWITTER, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Ryan Mrazik, hereby declare as follows:

1. I am a partner with Perkins Coie, LLP, and am one of the lawyers representing Defendant Twitter, Inc. in the above-referenced action. I make this declaration based upon personal knowledge to which I am competent to testify.

2. On Thursday, October 25, 2018, I received an email from Plaintiff Craig R. Brittain attaching the pending Motion for Preliminary Injunction, Dkt. 14.

3. Attached as Exhibit A is a true and correct copy of the Order Granting Defendants' Motions to Dismiss the First Amended Complaint issued as ECF No. 69 in *Quigley v. Yelp, Inc.*, Case No. 17-cv-03771-RS (N.D. Cal. Jan. 22, 2018).

1   I declare under penalty of perjury that the foregoing is true and correct. This
2   declaration was executed on November 8, 2018 in Palo Alto, California.

*s/ Ryan Mrazik*
Ryan Mrazik

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.

I further certify that I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Craig R Brittain
8625 E Sharon Dr.
Scottsdale, AZ 85260
602-502-5612
Email: craigrbrittain@gmail.com
PRO SE

Brittain For US Senate
c/o Craig R Brittain
8625 E Sharon Dr.
Scottsdale, AZ 85260
602-502-5612
Email: craigrbrittain@gmail.com
PRO SE

s/    Indy Fitzgerald