# Exhibit 1

**Fitzgerald, Indy (PHX)**

| | |
|---|---|
| **From:** | U.S. District Court for the District of Arizona <uscourts@updates.uscourts.gov> |
| **Sent:** | Tuesday, October 30, 2018 7:37 AM |
| **To:** | Cabou, Jean-Jacques "J" (PHX) |
| **Subject:** | Modification to Mandatory Initial Discovery Pilot |



## You are subscribed to AZD ECF -- Electronic Case Filing for the U.S. District Court, District of Arizona.

The District of Arizona launched a Mandatory Initial Discovery Pilot ("MIDP") on May 1, 2017. The three-year pilot has now been in effect for 18 months, and the judges of the district have decided to modify it slightly.

During the first 18 months, the MIDP has required parties in civil cases to file answers to complaints even when they file a Rule 12(b)(6) motion to dismiss or similar motion. Answers are not required if motions to dismiss assert jurisdictional or immunity defenses. As you know, answers trigger the 30-day period for the exchange of MIDP responses. The MIDP requires these early answers to ensure that MIDP responses are exchanged at the outset of the case.

Effective November 1, 2018, the MIDP will be amended to provide that answers are due under the time periods established by Rule 12(a). Rule 12(a)(4) provides that answers need not be filed while a Rule 12 motion is pending. As a result, answers no longer will be required -- and the MIDP response period will not be triggered -- while a motion is pending under Rule 12(b)(6) or any other provision of Rule 12.

The District is making this change in response to comments suggesting that the early-answer requirement of the MIDP imposed unnecessary costs on parties who ultimately succeed on Rule 12 motions. Making the change midway through the MIDP will also allow the FJC to evaluate both approaches to mandatory disclosures.

General Order 17-08 and related documents will be amended to reflect this change.

---

If you have questions about ECF, take advantage of the experience of others by browsing our Frequently-Asked Questions by clicking on the link below, or copy and paste into your browser:
http://www.azd.uscourts.gov/faqs/ecf

If you cannot find the answer to your question in our FAQs, please contact us by e-mail or by phone.

E-mail addresses:

- Phoenix/Prescott: ecfhelpphx@azd.uscourts.gov
- Tucson: ecfhelptuc@azd.uscourts.gov

Telephone numbers: (available 8:30 a.m. -4:30 p.m. Monday through Friday, excluding holidays.)

- Phoenix/Prescott: 602-322-7200
- Tucson: 520-205-4200

For more information about ECF on the District of Arizona website, go to:
http://www.azd.uscourts.gov/efiling/about-electronic-case-filing

Thank you.

---

Questions? Contact Us

STAY CONNECTED to uscourts.gov:
Twitter   YouTube   Updates   RSS

SUBSCRIBER SERVICES:
Manage Preferences | Unsubscribe | Help

This message was sent by the United States Courts

2