Jean-Jacques Cabou (Bar No. 022835)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
JCabou@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Craig R. Brittain, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;<br><br>Brittain For US Senate, a Principal Campaign Committee (And on behalf of all similarly affected users of Twitter),<br><br>Plaintiffs,<br><br>v.<br><br>Twitter, Inc., a California corporation,<br><br>Defendant. | No. 18-cv-01714-PHX-DGC<br><br>**DECLARATION OF RYAN T. MRAZIK IN SUPPORT OF DEFENDANT TWITTER, INC.'S MOTION TO STAY OR, IN THE ALTERNATIVE, EXTEND DEADLINES FOR ANSWER AND MANDATORY INITIAL DISCOVERY PILOT RESPONSES** |

I, Ryan T. Mrazik, hereby declare as follows:

1. I am a partner with Perkins Coie, LLP, and am one of the lawyers representing Defendant Twitter, Inc. in the above-referenced action. I make this declaration based upon personal knowledge to which I am competent to testify.

2. Attached as Exhibit A is a true and correct copy of an email I received from Plaintiffs on Thursday, October 25, 2018, which attached the pending Motion for Preliminary Injunction, Dkt. 14, and Plaintiffs' "Mandatory Initial Discovery Process" responses, Dkt. 11.

3. Attached as Exhibit B is a true and correct copy of an email I received from Plaintiffs on November 20, 2018.

4. On November 29, 2018, my colleague, Jean-Jacques Cabou, and I had a telephone call with Plaintiff Craig R. Brittain. We asked whether Plaintiffs opposed Twitter's request for relief from the answer and MIDP response deadlines. Mr. Brittain referred us to Plaintiffs' latest filing, which we understood to mean that Plaintiffs do not agree to the relief Twitter is seeking.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on November 30, 2018 in Palo Alto, California.

*s/ Ryan T. Mrazik*
Ryan T. Mrazik

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF System.

s/      Indy Fitzgerald

142282615.1