# Exhibit A

# Mrazik, Ryan T. (SEA)

| | |
|---|---|
| **From:** | Craig Brittain <craigrbrittain@gmail.com> |
| **Sent:** | Thursday, October 25, 2018 1:24 PM |
| **To:** | Mrazik, Ryan T. (SEA) |
| **Subject:** | Service of Current Motions |
| **Attachments:** | midptotwitter.pdf; injunctiontwitter.pdf |

Mr. Mrazik,

AO398 and AO399 were filed with the District Court for the District of Arizona.

Here are copies of the current motions - one is for the MIDP, the Mandatory Initial Discovery Process requests, which will (presumably) have a hearing set forth, and the other is for an injunction which likewise will (presumably) be set for a hearing.

Please indicate when you have received and again when you have reviewed the documents, and/or if there are other concerns/questions.

Best regards,

Craig R. Brittain
In Propria Persona
8625 E. Sharon Dr
Scottsdale, AZ, 85260
(602) 502-5612

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without disclosing or copying the contents.

# Exhibit B

# Mrazik, Ryan T. (SEA)

| | |
|---|---|
| **From:** | Craig Brittain <craigrbrittain@gmail.com> |
| **Sent:** | Tuesday, November 20, 2018 3:07 PM |
| **To:** | Mrazik, Ryan T. (SEA); Cabou, Jean-Jacques "J" (PHX) |
| **Subject:** | MIDP Document Production |
| **Attachments:** | midprequests.pdf |

Mr. Mrazik/Mr. Cabou, please produce the requested documents and set a scheduled conference time immediately.

Regards,

Craig R. Brittain
In Propria Persona
8625 E. Sharon Dr
Scottsdale, AZ, 85260
(602) 502-5612

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without disclosing or copying the contents