1 Craig R. Brittain
2 8625 E. Sharon Dr.
3 Scottsdale, AZ, 85260
4 (602) 502-5612
5 craig@brittainforsenate.com
6 craigrbrittain@gmail.com

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

CRAIG R. BRITTAIN, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;

BRITTAIN FOR US SENATE, a Principal Campaign Committee, (And on behalf of all similarly affected users of Twitter).

Plaintiff(s),

vs.

TWITTER, INC., a California corporation.

Defendant.

No. CV-18-01714-PHX-DGC

**RESPONSE TO DOCUMENT 34**

**I. RESPONSE TO 34**
Plaintiff files this simple response to Defendant's Motion to Stay (Document 34).

## II. RESPONSE TO DOCUMENT 34

1. Document *34* is a repeat in which the Defendant makes the same unproven and baseless claims as in their previous filings, and again omits that they preemptively offered the Waiver of Summons to Plaintiff (who had obtained a Summons with which to serve the Complaint prior to being contacted by Defendant's counsel, Mr. Ryan Mrazik, who offered Plaintiff the Waiver). Defendant requested Waiver of Service of the Amended Complaint on October 5, 2018. Service of the Amended Complaint was completed on October 10. Defendant was served Plaintiff's MIDP requests on October 30 through counsel. Defendant's Motion to Stay should be denied for the reasons explained/entailed in Documents *13, 27, 32, and 33*.

DATED: December 3, 2018   _____

Craig R. Brittain

8625 E. Sharon Dr.

Scottsdale, AZ, 85260

(602) 502-5612

craig@brittainforsenate.com

craigrbrittain@gmail.com