```
Craig R. Brittain
8625 E. Sharon Dr.
Scottsdale, AZ, 85260
(602) 502-5612
craig@brittainforsenate.com
craigrbrittain@gmail.com
```

✓ FILED    ___ LODGED
___ RECEIVED    ___ COPY

DEC 0 3 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

CRAIG R. BRITTAIN, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;

BRITTAIN FOR US SENATE, a Principal Campaign Committee, (And on behalf of all similarly affected users of Twitter).

    Plaintiff(s),

vs.

TWITTER, INC., a California corporation.

    Defendant.

No. CV-18-01714-PHX-DGC

**CASE MANAGEMENT REPORT**

**I. CASE MANAGEMENT REPORT**
Plaintiff files this Case Management Report jointly on behalf of both parties as Defendant's cooperation was severely limited.

1. Plaintiffs and Defendants agree the Parties are Craig R. Brittain, Brittain for US Senate, Twitter, Inc.

2. Plaintiffs and Defendants agree the Parties are Craig R. Brittain, Brittain for US Senate, Twitter, Inc.

3. Case Summary in separate section below.

4. Plaintiffs and Defendants agree the governing statutes are 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1332 (Sum above $75,000, multiple states).

5. Plaintiffs and Defendants agree that all parties have been served.

6. Plaintiff may add Jack Dorsey, CEO of Twitter, as a Defendant. Defendant says they will not add any new parties on their behalf.

7. Plaintiff and Defendant declined to comment on which specific motions would be added in regards to this Case Management Report.

8. A magistrate was offered and rejected in this case by the Plaintiff. Defendant accepts that a magistrate will not be used in this case.

9. Defendant declined to cite any cases.

10. Plaintiff requests digital production of all ESI. Defendant said they would agree to digital production unless physical production were to be proven more convenient.

11. Plaintiff asserted that there were no valid claims of privilege/work product. Defendant stated that there were some claims but declined to specify which.

12. Plaintiff asked for a Waiver of FRE 502 (d). Defendant did not comment.

13. Plaintiff has fully complied with MIDP. Defendant has continuously rejected MIDP.

14. Plaintiff referred Defendant to MIDP requests. Defendant reasserted their intent to ignore the MIDP.

a. All information requested by the Plaintiff is digitally stored ESI which should be produced in a digital format.

b. Plaintiff and Defendant agree upon standard discovery rules.

c. Plaintiff and Defendant agree upon the standard time limit for depositions.

15. Plaintiff served his MIDP response to Defendant multiple times. Defendant has not filed an MIDP response.

16. Proposed deadlines:

a. Plaintiff requests 2/1/2018. Defendant stated "after July" but did not give a specific date.

b. Plaintiff requests 2/1/2018. Defendant stated "after July" but did not give a specific date.

c. Plaintiff requests 2/1/2018. Defendant stated "after July" but did not give a specific date.

d. Plaintiff requests 2/1/2018. Defendant stated "after July" but did not give a specific date.

e. Plaintiff requests 2/1/2018. Defendant stated "after July" but did not give a specific date.

17. A Jury Trial was requested in the Amended Complaint by Plaintiff.

18. The relief specified in the Amended Complaint by Plaintiff.

19. N/A.

## II. CASE SUMMARY

i. Plaintiffs Craig R. Brittain and Brittain for US Senate filed the first Complaint against Defendant Twitter, Inc. on June 5, 2018. On June 19, Plaintiffs filed their MIDP requests/responses. On June 20, the case was assigned to the Honorable Judge David G. Campbell. On June 22, the first Complaint was dismissed without prejudice for not being "short and plain". On June 26, Plaintiffs filed the Amended Complaint which contains 8 causes/claims for relief/action. On October 4, Plaintiff acquired a Summons with which to serve the Defendant. On October 5, Defendant's Counsel Ryan Mrazik on behalf of Perkins Coie LLC contacted Plaintiff offering a Waiver of Service. On October 10, Plaintiff accepted Defendant's offer to Waive Service of the Summons. On October 23, Plaintiff filed the Notice of Service with this Court. On October 30, Plaintiff served the MIDP requests/notice to Defendant's Counsel Ryan Mrazik. On November 2, Defendant filed a Motion to Change Venue. On November 5, Plaintiff filed a response and a Motion to Compel discovery. On November 13, Defendant filed a reply/response. On November 13 and 26, Plaintiff filed replies and responses to existing motions. On November 30, Defendant filed a Motion to Stay.

ii. Plaintiff's 8 causes of action for filing suit are Violation of the First Amendment, Violation of Federal Election rules, Breach of Contract, Conversion, Violation of Antitrust Laws, Negligent Infliction of Emotional Injury/Distress, Tortious Interference, and Promissory Estoppel.

DATED: December 3, 2018    _____
                           Craig R. Brittain
                           8625 E. Sharon Dr.
                           Scottsdale, AZ, 85260
                           (602) 502-5612
                           craig@brittainforsenate.com
                           craigrbrittain@gmail.com