Jean-Jacques Cabou (Bar No. 022835)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
JCabou@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Craig R. Brittain, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;<br><br>Brittain For US Senate, a Principal Campaign Committee (And on behalf of all similarly affected users of Twitter),<br><br>Plaintiffs,<br><br>v.<br><br>Twitter, Inc., a California corporation,<br><br>Defendant. | No. 18-cv-01714-PHX-DGC<br><br>**DEFENDANT TWITTER, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE AND MOTION TO DISQUALIFY COUNSEL** |

Defendant Twitter, Inc. ("Twitter") understands the December 10, 2018 filing from Plaintiffs Craig R. Brittain and Brittain for US Senate, *see* Dkt. 44, to be (1) a Motion to Strike Twitter's Objection to the Case Management Report, Dkt. 40, and Mr. Mrazik's supporting declaration, and (2) a Motion to Disqualify Mr. Mrazik as counsel for Twitter. For the reasons below, Twitter respectfully submits that both motions should be denied.

***First***, the Motion to Strike should be denied because Twitter properly objected to Plaintiffs' case management report. The Court requires "the parties [to] *jointly* file the Case Management Report." Dkt. 20 (emphasis added). And Plaintiffs' case management report represents that it was being filed "*jointly* on behalf of both parties." Dkt. 37 (emphasis added). But *both parties* must agree to a status report for it to be considered "jointly filed." *See, e.g.*, *Lacy v. County of Maricopa*, No. CV-06-2865-PHX-GMS, 2009 WL 1578371, at *1 (referring to a court-ordered "joint status report" as having been "signed by both parties"). Here, Twitter had no opportunity to review, let alone agree to or sign, the case management report filed by Plaintiffs. *See* Def.'s Obj. to Case Management Report, Dkt. 40. Indeed, Plaintiffs acknowledge that they filed their report unilaterally because they "opted not to allow the Defendant to deceive the Court or to cram arguments into a filing which were not stated within the scope of the MIDP." Dkt. 44 at 3. This was not proper. If Plaintiffs had concerns about completing and filing the case management report, they should have raised that with Twitter's counsel. And if Twitter had been given the opportunity to review Plaintiffs' draft report, it could have revised those portions of the draft that it viewed as misstating its position, and no objection would have been necessary.

***Second***, the Motion to Disqualify should be denied. Mr. Mrazik is out-of-state counsel for Twitter[1] and attorney declarations describing facts and events that occur in the course of discovery in litigation are proper and commonplace. *See, e.g.*, *De La Torre v. Ryan*, No. CV1701230PHXJJTJZB, 2018 WL 1664179, at *2 (D. Ariz. Apr. 6, 2018)

---

[1] Mr. Mrazik has not yet sought *pro hac vice* admission to this Court, partially because doing so would impose an unnecessary cost if Twitter's pending motion to transfer is granted. *See* Dkt. 22. If the Court has concerns about his submission of declarations without *pro hac vice* admission, Mr. Mrazik stands ready to apply for admission.

(describing sworn declaration from counsel regarding receipt of plaintiff's discovery requests). This declaration does not violate ER 3.7, which disallows a lawyer from acting as an advocate at trial where the lawyer is likely a necessary witness, or any other ethical obligation. Issues surrounding discovery typically are unrelated to the merits of Plaintiffs' claims (or the lack thereof) and there is no reason to believe testimony on any of the topics addressed in Mr. Mrazik's declaration would have any relevance if this matter proceeds to trial. Additionally, Mr. Mrazik's declaration accurately describes what occurred during the parties' November 29, 2018 case management conference, based on his personal knowledge as a participant. *See* Dkt. 41. To the extent Plaintiffs dispute the content of those discussions, those disputes should have been addressed between the parties as part of the process for negotiating and finalizing a joint case management report.

***Finally***, although Twitter continues to object to Plaintiffs' Case Management Report for the reasons stated in its objection and as further stated above, the issues addressed in Plaintiffs' report and Twitter's objection are mooted, at least for now, by the Court's December 10, 2018 order vacating the Rule 16 Case Management Conference previously set for December 13, 2018. *See* Dkt. 42. Further, the portion of Plaintiffs' filing that concerns Twitter's request for a stay of its answer and MIDP response deadlines is both an unauthorized sur-reply and also mooted by the Court's December 10, 2018 order extending those deadlines. *See id.* Even if Plaintiffs' arguments were interpreted as a motion to reconsider that order, any such motion should be denied for the reasons stated in the Court's order.

For the reasons discussed above, Twitter respectfully asks this Court to deny Plaintiffs' Motion to Strike and Motion to Disqualify Counsel.

| | | |
|---|---|---|
| 1 | Dated: December 21, 2018 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Jean-Jacques Cabou* |
| 4 | | Jean-Jacques Cabou |
| | | 2901 North Central Avenue, Suite 2000 |
| 5 | | Phoenix, Arizona 85012-2788 |
| 6 | | *Attorneys for Defendant Twitter, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.

I further certify that I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Craig R Brittain
8625 E Sharon Dr.
Scottsdale, AZ 85260
602-502-5612
Email: craigrbrittain@gmail.com
PRO SE

Brittain For US Senate
c/o Craig R Brittain
8625 E Sharon Dr.
Scottsdale, AZ 85260
602-502-5612
Email: craigrbrittain@gmail.com
PRO SE

                                            */s/ Indy Fitzgerald*
                                            Indy Fitzgerald, Legal Secretary

142508349.1